IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DUANE JARRELL,

      Plaintiff,

v.                                          CASE NO. 1:10-cv-00137-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

      Defendant.

_____/

## O R D E R

Presently pending before the Court is Plaintiff's Motion for Extension of Time to File Memorandum of Law. (Doc. 15.) Plaintiff requests one additional business day to file his memorandum. The motion is **GRANTED**, and Plaintiff shall have through **December 20, 2010** to file his memorandum.

**DONE AND ORDERED** this 20ᵗʰ day of December 2010.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge