IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DUANE JARRELL,

    Plaintiff,

v.                                     CASE NO. 1:10-cv-00137-MP-GRJ

MICHAEL J ASTRUE,
Commissioner of Social Security,

    Defendant.

_____/

**O R D E R**

Pending before the Court is Defendant's Motion for Enlargement of Time to file a responsive memorandum of law. (Doc. 18.) Pursuant to Local Rule 7.1, counsel certifies that Plaintiff's counsel does not object to the requested relief.

Accordingly, upon due consideration, Defendant's Motion for Enlargement of Time (Doc. 18) is **GRANTED**. Defendant shall file his response memorandum by **March 17, 2011.**

**DONE AND ORDERED** this 14th day of February, 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge