IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

DUANE JARRELL,

      Plaintiff,

vs.                                          1:10cv137/MP/GRJ

MICHAEL J. ASTRUE,
Commissioner of Social Security,

      Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 30, 2011. All parties have been furnished copies of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to 28 U.S.C. § 636(b)(1), I have made a <u>de novo</u> determination of those portions to which an objection has been made.

Having considered the Report and Recommendation and all objections thereto timely filed by the parties, I have determined that the recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's Report and Recommendation is adopted in its entirety by this court.

2. The decision of the Commissioner denying disability benefits is AFFIRMED.

3. Judgment shall be entered accordingly.

DONE AND ORDERED this 28th day of October, 2011.

                                      s/ *M. Casey Rodgers*
                                    **M. CASEY RODGERS**
                                    **CHIEF UNITED STATED DISTRICT JUDGE**