**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

DUANE JARRELL,

     Plaintiff,

v.                                        CASE NO. 1:10cv137-MP-GRJ

MICHAEL J. ASTRUE,

     Defendant.

_____/

**O R D E R**

     This matter is before the court on Mandate of the United States Court of Appeals for the Eleventh Circuit.  (Doc. 35).  On appeal, the Eleventh Circuit granted the defendant's motion for remand and remanded to this court with instructions to remand the matter in full to the Commissioner of Social Security for the purpose of conducting further proceedings, as provided by sentence four of 42 U.S.C. § 405(g).

     A remand under sentence four is considered a final judgment.  *Bergen v. Commissioner*, 454 F.3d 1273 (11th Cir. 2006).  Thus, absent a court order stating otherwise, a successful plaintiff's counsel would normally have fourteen days after the order of remand to file a motion with the District Court requesting an award of attorney fees.  Fed. R. Civ. P. 54(d)(2)(B).  This Rule has been interpreted by the Eleventh Circuit to even apply to a request for fees to be paid from plaintiff's past due benefits pursuant to 42 U.S.C. § 406(b)(1).  *Bergen*, 454 F.3d at 1277-78.  However, plaintiff's counsel in such a case will not know the amount of benefits - and therefore fees - until after the Commissioner awards benefits, which typically takes longer than fourteen days after the entry of judgment.  Therefore, an extension of time to seek such fees is warranted, and was recommended by the *Bergen* opinion.  *Id.*

Accordingly, it is now **ORDERED** as follows:

1.      The Clerk is directed to enter final judgment remanding this case to the Commissioner of Social Security for the purpose of conducting further proceedings, as provided by sentence four of 42 U.S.C. § 405(g).

2.      Pursuant to *Bergen*, proceedings on attorney fees under the Social Security Act, 42 U.S.C. § 406(b) are stayed until the matter is fully adjudicated upon remand. The plaintiff shall file a motion to award fees under 406(b) within 30 days after counsel receives notice from the Commissioner as to plaintiff's past due benefits. This stay relates only to attorney fee proceedings under § 406(b) of the Social Security Act, not to attorney fee proceedings under the Equal Access to Justice Act, 28 U.S.C. § 2412, the latter of which may be adjudicated at this time.

**DONE and ORDERED** this 9th day of March, 2012.


s/ *M. Casey Rodgers*

**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**